**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                                                  Chapter 13

Janet Louise Burress                                        No.   14-04651

        Debtor                                              Hon.  A. Benjamin Goldgar

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on October 4, 2016, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

                                                    /s/ Ross Brand

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Angie S Lee and Gregg Szilagyi on October 4, 2016.

                                                    /s/ Ross Brand

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Janet Louise Burress
12920 South May St
Calumet Park, IL 60827

Gregg Szilagyi
542 South Dearborn Street
Chicago, IL 60605

Angie S Lee
Attorney Angie Lee PC
900 Ridge Road, Suite 2K
Homewood, Il 60430